Henry BOYKINS, Petitioner–Appellant,

v.

**Lonnie SAUNDERS, Warden of Augusta Correctional Center, Respondent–Appellee.**

**No. 01–7969.**

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 25, 2002.

Henry Boykins, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Henry Boykins appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Boykins v. Saunders*, No. CA–01–540–AM (E.D.Va. Oct. 15, 2001). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*